FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT -2 PM 5:00

CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

DAVID SUTHERLAND, )
)
   Plaintiff, )
)
v. ) Case No. CV407-116
)
AL ST. LAWRENCE, et al., )
)
   Defendants. )

## REPORT AND RECOMMENDATION

In an order dated August 8, 2007, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by September 8, 2007, would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be **DISMISSED**.

SO REPORTED AND RECOMMENDED this 2nd day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA